No. 23-16023

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Kari Lake and Mark Finchem,

*Plaintiffs*,

vs.

Kathleen Hobbs, in her official capacity
as Arizona Secretary of State, et al.

*Defendants*

Alan Dershowitz

*Non-Party/Appellant*

Appeal from the United States District Court
for the District of Arizona, Phoenix

D.C. No. 2:22-cv-00677-JJT

## MOTION FOR LEAVE TO SUBMIT
## CORRECTED OPENING BRIEF

Dennis I. Wilenchik, Esq. (ABN 005350)
John D. Wilenchik, Esq. (ABN 029353)
Garo Moughalian, Esq. (ABN 038315)
**Wilenchik & Bartness, P.C.**
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
Telephone: (602) 606-2810
Attorneys for Non-Party/Appellant

February 28, 2024

Appellant Alan Dershowitz, through legal counsel undersigned, moves the Court for leave to submit a corrected Opening Brief dated February 27, 2024. The purpose of seeking leave to submit the corrected brief is to correct citation errors to the Excerpts of Record.

Ordinarily, a Notice of Errata would be submitted to address typographical errors in which a list of typographical errors would be included. For ease of readability, Appellant seeks leave of the Court to submit a corrected Opening Brief in its entirety. Attached are (1) a clean copy of the corrected Opening Brief (Exhibit 1) and (2) a redlined copy of the corrected Opening Brief (Exhibit 2).

The corrections also incorporate the Amended Statement of Related Cases previously submitted to the Court. Appellant does not propose making any substantive changes to the proposed corrected Opening Brief.

**RESPECTFULLY SUBMITTED** on February 28, 2024.

**WILENCHIK & BARTNESS, P.C.**

/s/ *Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
Garo Moughalian, Esq.
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com
*Attorneys for Non-Party/Appellant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically served the foregoing with the Clerk of the Court for United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 27, 2024.

I further certify that all participants in this case are registered CM/ECF system users, and that service will be accomplished by the appellate CM/ECF system to the case participants.

**DATED** on February 28, 2024.

WILENCHIK & BARTNESS, P.C.

/s/ *Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
Garo Moughalian, Esq.
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com
*Attorneys for Non-Party/Appellant*