UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| | **FILED** |
| | MAR 12 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KARI LAKE and MARK FINCHEM,

          Plaintiffs,

 and

ALAN M. DERSHOWITZ, Counsel for
Plaintiffs,

          Appellant,

  v.

BILL GATES, as a member of the
Maricopa County Board of Supervisors;
et al.,

          Defendants - Appellees,

 and

ADRIAN FONTES, Arizona Secretary
of State; et al.,

          Defendants.

No. 23-16023

D.C. No. 2:22-cv-00677-JJT
U.S. District Court for Arizona,
Phoenix

**ORDER**

The opening brief submitted on February 27, 2024 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief

in paper format with blue covers, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The

address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT